**Gerald Dean DAVIS, Jr., Plaintiff—Appellant,**

v.

**Paula A. BREWSTER; Joyce L. Huff; Edgar V. Guthro; Tony Fisher, Chief, Spartanburg Public Safety Department, Defendants—Appellees.**

No. 05–7400.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2006.

Decided Feb. 16, 2006.

Gerald Dean Davis, Jr., Appellant Pro Se. Donna Seegars Givens, Woods & Givens, L.L.P., Lexington, South Carolina, for Appellees.

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

PER CURIAM:

Gerald Dean Davis, Jr. appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Davis's motion for appointment of counsel and affirm on the reasoning of the district court. *See Davis v. Brewster,* No. CA–04–1711–3–HFF (D.S.C. Aug. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*